UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CRYSTAL GAIL MANGUM, | ) |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 5:23-CV-39-D** |
| MICHELLE AURELIUS and NORTH CAROLINA OFFICE OF THE CHIEF MEDICAL EXAMINER, | ) |
| Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES WITHOUT PREJUDICE the action in part for lack of jurisdiction and in part for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(l) and DENIES AS MOOT the pending motions [D.E. 31, 34].

This Judgment filed and entered on April 12, 2024, and copies to:
Crystal Gail Mangum        (via US Mail to North Carolina Correctional Insitution for Women, 1034 Bragg Street, Raleigh, NC 27610)

John Howard Schaeffer      (via CM/ECF electronic notification)

| | |
|---|---|
| April 12, 2024 | Peter A. Moore, Jr. |
| | Clerk of Court |
| | By: /s/ Stephanie Mann |
| | Deputy Clerk |